AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Danny M. Kelly | ) | Case No. |
| | ) | 16-MJ-6059-MPK |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 30, 2016** in the county of **Middlesex** in the
District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. s844(i) | Attempt to Maliciously Damage and Destroy Property Used in Interstate and Foreign commerce and in an Activity Affecting Interstate and Foreign Commerce by Means of Fire. |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent Scott P. McGaunn

☑ Continued on the attached sheet.

*Complainant's signature*

Scott P. McGaunn, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/03/2016

*Judge's signature*

City and state: Topsfield, MA       Page Kelley, Magistrate Judge
*Printed name and title*