UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br><br>DANNY M. KELLY<br><br><br>Defendant. | Crim. No. *16 - 10159*<br><br>Violations:<br>18 U.S.C. §844(i) – Malicious<br>destruction of property by fire<br><br>18 U.S.C. 981(a)(1)(C), and (G), and<br>844(c), and 28 U.S.C. 2461(c) –<br>Forfeiture Allegations |

**COUNT ONE**:   **18 U.S.C. § 844(i) - Malicious destruction of property used in interstate and foreign commerce and affecting interstate and foreign commerce by means of fire**

The Grand Jury charges that:

On or about March 30, 2016, in the District of Massachusetts and elsewhere, the defendant,

DANNY M. KELLY,

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and explosive materials, real and personal property used in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, to wit, KELLY deployed incendiary devices on and around power transmission lines in the vicinity of Locust Avenue in Tyngsborough, Massachusetts that directly and indirectly resulted in a fire and otherwise affected and attempted to affect property used in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, to wit, transmission of electric power into, within and through Massachusetts and transmission of electric power to and from other states and outside the country.

All in violation of Title 18, United States Code, Section 844(i).

1

## FORFEITURE ALLEGATION
(18 U.S.C. §§ 981(a)(1)(C), and (G), 844(c), and 28 U.S.C. § 2461(c))

1.      The allegations in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C), and (G), 844(c), and Title 28, United States Code, Section 2461(c).

2.      The Grand Jury further finds probable cause to believe that upon conviction of the offense in violation of Title 18, United States Code, Section 844(i), set forth in Count One of this Indictment,

## DANNY M. KELLY

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), and (G), 844(c), and Title 28, United States Code, Section 2461(c), (1) any property, real or personal, which constitutes or is derived from proceeds traceable to the offense; (2) all right, title, and interest in all assets, foreign or domestic; (3) all right, title, and interest in all assets, foreign or domestic, acquired or maintained with the intent and for the purpose of supporting, planning, conducting, or concealing any of the offenses against the United States, citizens or residents of the United States, or their property; (4) all right, title, and interest in all assets, foreign or domestic, derived from, involved in, or used or intended to be used to commit a Federal crime of terrorism against the United States, citizens and residents of the United States, and their property the offense; and (5) any explosive materials involved in or used or intended to be used in the offense.   The property to be forfeited includes, but is not limited to, the following:

    a.      a sum of money representing the value of the property described above as being subject to forfeiture, which may be entered in the form of a money judgment;

    b.      Ammunition;

    c.      Cutting instruments, such as power saws and sawzalls;

2

    d.      Computers; and

    e.      Incendiary device making components, including chemicals such as aluminum powder and iron oxide, fireworks, ammunition, fusing systems, conduits, and piping.

    3.      If any of the property described in Paragraph 2, above, as being forfeitable pursuant to Title 18, United States Code, Sections 981(a)(1)(C), and (G), 844(c), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    (a)      cannot be located upon the exercise of due diligence;

    (b)      has been transferred or sold to, or deposited with, a third party;

    (c)      has been placed beyond the jurisdiction of the Court;

    (d)      has been substantially diminished in value; or

    (e)      has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 2 above.

    All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), and (G), 844(c), and Title 28, United States Code, Section 2461(c).

**A TRUE BILL**


_____
FOREPERSON OF THE GRAND JURY


_____
ALOKE CHAKRAVARTY
Assistant U.S. Attorney


Returned into the District Court by the Grand Jurors and filed.


_____
DEPUTY CLERK OF COURT
DISTRICT OF MASSACHUSETTS

DATE AND TIME: _____1: 11 PM  6.2.16_____

4