JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. 16-10159
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number: 16-MJ-6059-MPK
- Search Warrant Case Number: 16-MJ-6054-MPK
- R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name:** Danny M. Kelly    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** (City & State) Chelmsford

**Birth date (Yr only):** 1954   **SSN (last4#):** 0067   **Sex:** M   **Race:** Caucasian   **Nationality:** USA

**Defense Counsel if known:** FD Joshua Hanye    **Address:** Federal Defener's Office

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** Aloke Chakravarty    **Bar Number if applicable** 637288

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

### Location Status:

**Arrest Date:** 04/02/2016

☑ Already in Federal Custody as of 04/02/2016 in Plymouth HOC, MA

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** June 7, 2016    **Signature of AUSA:** _[signature]_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Danny M. Kelly

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 844(i) | Attempt to and Malicious Damage to Property in Interstate and Foreign Commerce with Fire | 1 |
| Set 2 | 18 USC 981(a)(1), 844 etc. | Criminal Forfeiture Allegation, 18 USC 981(a)(1), 844, 28 USC 2461(c) | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013