United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2017 MAR 24  AM 11 48
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America

v.   16-10159-ADB

Danny M. Kelly

Defendant's Objection To Report And Recommendation on Defendant's Competancy To Stand Trial.

I, Danny M. Kelly, defendant object to this Report on my Competancy to Stand Trial. I Request that due to my situation and Complexity of the Objection that Oral Arguements be heard.

I Feel This Report is based upon False Statements, Flawed Logic And False Assumptions. To many to Reasonable Address within This Objection.

e.g., If I Am Recieving medical care - why is This Adominal Cathatter still in me? It has NOT Functioned For over 9 months. The Risk of a Fatal Infection is enormous And is Remiss NOT To Replace it ever 6 months.

It is Like my Land case. Why cannot anyone even try to explain why Taking property based upon Ownership is NOT A Civil Rights Issue? Eminet Domain is moot To This Issue.¹

I would like to present an Alternative To This Complex Objection. This is For The Court To Review my Motion To Compel or Dismiss.

---

1) Under T42§1983 the deprivation must be made under the color of state law or practice. Eminet Domain is the state law that allowed the Deprivation. Once the deprivation occurred, it is moot.

Clearly I have NOT been Indicted FAIRLY. The Indictment is a blatant scam. If it is NOT possible for me to be Indicted FAIRLY under Rule 7 Then This objection is moot.

IF I CAN be Indicted FAIRLY under Rule 7 Then I personally would have to question That I might be delusional. I cannot even concieve how it is possible to destroy 1½" cable, 50 feet in The Air, with 3 million Horse power in it with Fire and explosives.

Otherwise I see This incompetency Issue as a scam To deny me my trial and keep me in prison untill you are successful at killing me.

Further by Reviewing my Motion to Compel or Dismiss would make my Petition to The First Circuit, 17-1236, moot and thus it could be dismissed.

Doug m Nhuf pro se

3/21/17

2                16-10159-ADB