UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 16-cr-10159-ADB

UNITED STATES OF AMERICA

v.

DANNY M. KELLY

**ORDER ON DEFENDANT'S COMPETENCY TO STAND TRIAL**

**March 28, 2017**

BURROUGHS, D.J.

In accordance with 18 U.S.C. § 4241(d), the Court hereby finds, by a preponderance of the evidence, that the defendant, Danny M. Kelly, is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The Court makes this finding based upon the Report and Recommendation of Kelley, M.J., see Docket No. 117. Neither the government nor counsel for the defendant object to the Report and Recommendation, see Docket Nos. 121, 122. The defendant has filed objections, see Docket No. 123, but nothing in the defendant's objections changes the analysis in the Report and Recommendation. Accordingly, the Court adopts the Report and Recommendation as the opinion of the Court.

WHEREFORE, in accordance with 18 U.S.C. § 4241(d), the Court hereby commits the defendant to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility:

(1) for such a reasonable period of time, not to exceed four months, as is necessary to

determine whether there is substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and

(2) for an additional reasonable period of time until

>   (A) his mental condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward; or

>   (B) the pending charges against him are disposed of according to law; whichever is earlier.

The Court recommends that the defendant be housed at the Federal Medical Center, Devens.

The Court further orders the Bureau of Prisons to provide a report, within sixty days of entry of this Order, regarding (1) whether a substantial probability exists that in the foreseeable future the defendant will attain the capacity to permit the proceedings to go forward, and (2) if so, an approximation of the anticipated period required to enable the defendant to attain the capacity to permit the proceedings to go forward.  It is further ordered that the period of delay resulting from the hospitalization of the defendant for the purposes described above and any subsequent judicial proceedings to determine the defendant's competency shall be excluded from the computation of deadlines under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).

The Court refers the case to Kelley, M.J. for case management.

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
United States District Court Judge