# United States Court of Appeals
## For the First Circuit

No. 17-1236

IN RE: DANNY M. KELLY,

Petitioner.

---

Before

Howard, <u>Chief Judge</u>,
Torruella and Barron, <u>Circuit Judges</u>.

---

**JUDGMENT**

Entered: March 28, 2017

The petition for a writ of mandamus is <u>denied</u>.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Danny M. Kelly
Ian Gold
Dina Michael Chaitowitz
Aloke Shankar Chakravarty