# United States Court of Appeals
## For the First Circuit

_____

No. 18-1919

IN RE: DANNY M. KELLY,

Petitioner.

_____

Before

Lynch, Kayatta and Barron,
<u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: January 28, 2019

The request for a writ of mandamus is <u>denied</u>.

By the Court:

Maria R. Hamilton, Clerk

cc:
Danny M. Kelly
Ian Gold
Cynthia A. Young
George P. Varghese