UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANNY M. KELLY, )<br>)<br>Defendant. )<br>) | Court No.: 16-cr-10159-ADB |

## DISMISSAL OF THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the Indictment in this matter, charging the defendant, Danny M. Kelly, with one count of malicious destruction of property by fire, in violation of Title 18, United States Code, Section 844(i). In support of this dismissal, the government states that on December 12, 2017, the defendant was found not competent to stand trial, and unlikely to regain competency. As a result of Mr. Kelly's mental state, the United States cannot proceed with trial in this matter. Accordingly, the dismissal of the Indictment is in the interests of justice.

Respectfully submitted,

5/28/19
Date

ANDREW E. LELLING
United States Attorney

GEORGE P. VARGHESE
Assistant U.S. Attorney

Leave to File Granted:

Judge Allison D. Burroughs
United States District Court